No. 1420, Misc.  SPIVEY v. VIRGINIA.  Sup. Ct. App. Va.  Certiorari denied.  *Samuel A. Garrison III* for respondent.

No. 1003, Misc.  SULLIVAN v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Louise H. Renne,* Deputy Attorneys General, for respondent.

No. 1031, Misc.  DORROUGH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *W. B. West III* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1576, Misc.  EATON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1621, Misc.  DANCIS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Alan H. Levine, Melvin L. Wulf,* and *Marvin M. Karpatkin* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1665, Misc.  ANDERSON v. WILSON, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 1675, Misc.  SAAVEDRA v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.  *William D. Graham* for petitioner.